JOEL B. ARD

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Kevin Akesson, *Plaintiff*, v. Jay Inslee, in his official capacity as the Governor of Washington, *Defendant*. | No. 2:20-cv-00180<br><br>NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) |

No party having filed an Answer or Motion for Summary Judgment, Plaintiffs hereby voluntarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

May 15, 2020.

ARD LAW GROUP PLLC

By: _____
Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Joel@Ard.law
Attorneys for Plaintiffs

ALBRECHT LAW PLLC

By: _____
David K. DeWolf, WSBA #10875
421 W. Riverside Ave., Ste. 614
Spokane, WA 99201
(509) 495-1246
david@albrechtlawfirm.com
Attorneys for Plaintiffs

MOTION FOR VOLUNTARY DISMISSAL - 1
No. 2:20-cv-00180

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243