| | |
|---|---|
| 1 | CARL P. WARRING |
| | Assistant Attorney General |
| 2 | 1116 W Riverside, Suite 100 |
| | Spokane, WA 99201 |
| 3 | (509) 456-3123 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KEVIN AKESSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAY INSLEE, in His Official Capacity As Governor,<br><br>　　　　　　　Defendant. | NO. 2:20-cv-00180-TOR<br><br>SUBSTITUTED NOTICE OF REMOVAL TO FEDERAL COURT<br><br>**(CLERK'S ACTION REQUIRED)** |

TO: KEVIN AKESSON, Plaintiff;

TO: JOEL B. ARD; DAVID K. DEWOLF, Plaintiff's Attorneys

AND TO: CLERK OF THE ABOVE-ENTITLED COURT:

　　　Pursuant to 28 U.S.C. § 1441 and 1443, without waiving any procedural or substantive defenses except as provided by operation of law, Defendant JAY INSLEE, in his official capacity as Governor of Washington, hereby removes Plaintiff's lawsuit filed on May 11, 2020, in the State of Washington, Whitman County Superior Court under Cause No. 20-2-00074-38 to the Federal District

Court, Eastern District of Washington. The Defendants provide the following short, plain statement of the grounds for removal:

1. Removal is appropriate under 28 U.S.C. § 1441 and 1443 where: (1) Plaintiff's Complaint alleges, in relevant part, claims for declaratory relief under the Fifth and Fourteenth Amendments to the United States Constitution; and (2) the Federal District Court enjoys original jurisdiction of such claims pursuant to 28 U.S.C. §§ 1331, 1343.

2. Removal is timely and appropriate under 28 U.S.C. § 1446 where: (1) Plaintiff filed his Complaint on May 11, 2020, and this Notice of Removal is filed within 30 days of that date; and (2) all the Defendants consent to removal.

Further, in compliance with 28 U.S.C. § 1446, the Defendants have attached as an appendix a true and complete copy of the pleadings on file in Whitman County Superior Court Cause No. 20-2-00074-38. Moreover, a copy of this notice, without the attached appendix, will be filed with the Whitman County Superior Court.

DATED this 15th day of May, 2020.

ROBERT W. FERGUSON
Attorney General

s/Carl P. Warring
CARL P. WARRING, WSBA No. 27164
Assistant Attorney General
Torts Division
ZACHARY PEKELIS JONES, WSBA No. 44557

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

BRENDAN SELBY, WSBA No. 55325
Assistant Attorneys General
Complex Litigation Division
JEFFREY T. EVEN, WSBA No. 20367
Deputy Solicitor General
Assistant Attorneys General
Attorneys for Defendant,
1116 W. Riverside Avenue, Suite 100
Spokane, Washington  99201-1194
(509) 456-3123 – Telephone
(509) 458-3548– Facsimile
Carl.Warring@atg.wa.gov
Zach.Jones@atg.wa.gov
Brendan.Selby@atg.wa.gov
Jeffrey.Even@atg.wa.gov

## PROOF OF SERVICE

I certify that I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Joel B. Ard              Joel@Ard.law

    David K. DeWolf      David@albrechtlawfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 15th day of May, 2020, at Spokane, Washington.

ROBERT W. FERGUSON
Attorney General

 s/ Carl P. Warring
CARL P. WARRING, WSBA No. 27164
Assistant Attorney General
Attorneys for Defendants,
1116 W. Riverside Avenue, Suite 100
Spokane, Washington 99201-1194
(509) 456-3123 – Telephone
(509) 458-3548– Facsimile
Carl.Warring@atg.wa.gov