UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN AKESSON,<br><br>             Plaintiff,<br><br>     v.<br><br>JAY INSLEE, in his official capacity as Governor,<br><br>             Defendant. | NO: 2:20-CV-0180-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 2). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1    The District Court Executive is directed to enter this Order and Judgment of

2  Dismissal, furnish copies to counsel, and **CLOSE** the file.

3    **DATED** May 20, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2